IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Victor A. Parsons, | ) | No. CV-11-00075-PHX-NVW (MEA) |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| Charles L. Ryan, Ronolfo Macabuhay, Terry Allred, Bruce McMarron, IHS Dr. Roe, Dr. Adu-Tutu; | ) ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Aspey (Doc. 28) regarding Plaintiff's 's Motion to Amend Complaint (Doc. 21). The R&R recommends that the motion for leave to file an amended complaint be denied. The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R. (R&R at 15). Plaintiff filed his objection on August 3, 2011, styled as an "Objection to Report and Recommendation/Motion for Reconsideration." (Docs. 30, 31.)

The Court has considered the objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the

Magistrate Judge's determinations, accepts the recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that the Report and Recommendation of the Magistrate Judge (Doc. 28) is accepted.

IT IS FURTHER ORDERED that Plaintiff's Motion to Amend Complaint (Doc. 21) is denied.

IT IS FURTHER ORDERED that Plaintiff's Motion for Reconsideration (Doc. 31) is denied.

DATED this 5th day of August, 2011.

Neil V. Wake
United States District Judge